# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL ENARNACION-RIVERA :
   v. : CIVIL ACTION
: No. 10-03685
RAYMOND M. LAWLER, et al. :
:

# O R D E R

AND NOW, this 27th day of March, 2013, upon consideration of the petition for writ of habeas corpus (paper no. 15), the response in opposition (paper no. 16), petitioner's Traverse (paper no. 20), the Report and Recommendation (paper no. 21), petitioner's objections (paper no. 25), petitioner's Motions for a Decision (papers no. 26, 27), and all other relevant papers in the record, it is **ORDERED** that:

1. The petition for writ of habeas corpus is **DENIED**.

    a. The Report and Recommendation is **APPROVED** and **ADOPTED**.
    b. Petitioner's objections to the Report and Recommendation are **OVERRULED**.

2. There is no basis for the issuance of a certificate of appealability.
3. Petitioner's first Motion for a Decision is **DENIED** as moot.
4. Petitioner's second Motion for a Decision is **DENIED** as moot.
4. The Clerk of Court shall mark this action **CLOSED**.
5. Docket shall be changed to reflect the correct spelling of the petitioner's name: Daniel Encarnacion-Rivera.

                                                            /s/ Norma L. Shapiro
                                                                                                J.